UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

**In re:**

DAVID A. DONLEY,

    Debtor.                                                  No. 7-09-11051 SA

## ORDER OF ABANDONMENT OF AN INTEREST IN REAL PROPERTY

**THIS MATTER CAME** before the Court on Motion of the Debtor for an order abandoning the Estate's interest, if any exists, in the following described real estate, and the Court being sufficiently advised in the premises finds:

    1. Debtor inadvertently omitted the transfer of certain real property described below from his original Statement of Financial Affairs. The transfer was made on March 5, 2009, a few days before the filing of this case.

    2. The Property was, and is, of inconsequential value to the Estate, and after the Debtor filed an amendment to the Statement of Financial Affairs, showing the transfer, the Trustee filed a no distribution report.

    3. No creditor or party in interest has filed a request for notice in this Case.

    **IT IS, THEREFORE, ORDERED** that any interest in the real property described below be, and it hereby is, abandoned and is no longer property of this Estate.

3400 Del Agua Court, NE
Albuquerque, NM 87111

more fully described as;

umbered Twenty-P1 (20 P-1) Plat for EMBUDO CANYON SOUTH SUBDIVISION, being a replat of Tract D Holiday Park Unit 2, City of Albuquerque, Bernalillo County, New Mexico, as the same is shown and designated on the plat filed in the office of the County Clerk of Bernalillo County, New Mexico, on June 9, 2005 in Plat Book 2005C, , Page 196.

/s/ _____
U.S. BANKRUPTCY JUDGE

Date Entered on Docket: July 30, 2009

Submitted by:

*GARY B. OTTINGER*
*ATTORNEY AT LAW*

/s/ Via-e-mail
Gary B. Ottinger
P.O. Box 1782
Albuquerque, NM 87103-1782
(505) 246-8699 FAX 246-9104

Approved:

By telephone 7/29/2009
Michael J. Caplan
827 East Santa Fe
Grants, NM 87020-2458
505/287-8891 Fax 285-6909